DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STEVEN LAPIDUS,**
Appellant,

v.

**RAMPELL & RAMPELL, P.A.,**
Appellee.

No. 4D21-381

[November 24, 2021]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Frank Castor, Judge; L.T. Case Nos. 2015CC9442 and 2020AP35.

Christopher Kammerer of Kammerer Mariani, PLLC, West Palm Beach, for appellant.

Philip Glatzer of Marlow Adler Abrams Newman & Lewis, Coral Gables, for appellee.

PER CURIAM.

*Affirmed.*

MAY, KLINGENSMITH and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***